IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID GROVE,** : | |
| Plaintiff, : | |
| : | |
| v. : | **Civ. No. 15-1801** |
| : | |
| **CAROLYN W. COLVIN,** : | |
| **Commissioner of** : | |
| **Social Security,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 16th day of May, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), Defendant's response (Doc. No. 18), as well as the record herein (Doc. No. 9), and after careful, independent consideration of the Report and Recommendation of Linda K. Caracappa, United States Chief Magistrate Judge, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for judicial review is **DENIED**;

3. The Clerk shall mark this case as **CLOSED** for statistical purposes.

                                                              **AND IT IS SO ORDERED.**

                                                               */s/ Paul S. Diamond*

                                                               _____
                                                               Paul S. Diamond, J.